MONTY WILKINSON
Acting United States Attorney General
MICHAEL BAILEY
United States Attorney
District of Arizona

BRETT A. DAY
Arizona State Bar No. 027236
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: Brett.Day@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| United States of America, | Case No. CR- 19-0063-002-JCM-EJY |
|---|---|
| Plaintiff, | **MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| Kenneth Ansley, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, hereby moves this Court to dismiss the Indictment and Information as to Kenneth Ansley in this matter with prejudice.   The defendant has successfully completed the terms of the plea agreement, which calls for the dismissal of the charges.

//

//

//

//

//

//

1    Therefore, the United States of America makes this request in the interests of justice.

2        Respectfully submitted this 8th day of February, 2021.

3

4                                    MONTY WILKINSON
                                     Acting United States Attorney General
5                                    MICHAEL BAILEY
                                     United States Attorney
6                                    District of Arizona

7                                    _____
                                     *Brett Day*
8                                    BRETT A. DAY
                                     Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

9

United States of America,

Case No. CR- 19-0063-002-JCM-EJY

10

Plaintiff,

**ORDER TO DISMISS
WITH PREJUDICE**

11

vs.

12

13

Kenneth Ansley,

Defendant.

14

.

15    Based upon the United States of America's Motion to Dismiss Without Prejudice,

16   and good cause appearing,

17    **IT IS HEREBY ORDERED**, that the Indictment and Information in this matter is

18   Dismissed as to Kenneth Ansley With Prejudice.

19    DATED February 10, 2021.

20
21
22

_____
HONORABLE JAMES C. MAHAN
United States District Judge

23
24
25
26
27
28